UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY YEGOROV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD OWENS, PLACER COUNTY DISTRICT ATTORNEY,<br><br>　　　　　Defendant. | No. 2:16-cv-2576 JAM DB PS<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed April 11, 2017, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint. (ECF No. 3.) Plaintiff was granted twenty-eight days from the date of that order to file an amended complaint. The twenty-eight day period has expired, and plaintiff has not responded to the court's order in any manner.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file

1

objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 26, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/yegorov2576.fta.f&rs

2